## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,     |

          Plaintiff,     |

    |    CASE NO. 2:25-PO-00053

   v.     |

    |    MAGISTRATE JUDGE JOLSON

Denver Coburn,     |

          Defendant.     |

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be Dimissed.

s/Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/12/2025

**DATE**